[No. 23320-7-II.    Division Two.    March 31, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. WILBUREN CARL BOGGS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 98-1-00203-1, Stephen M. Warning, J., entered May 15, 1998. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Armstrong, A.C.J., and Seinfeld, J.


[No. 23658-3-II.    Division Two.    March 31, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL E. SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 98-1-00400-1, Terry Kay McCluskey, J., entered August 18, 1998. *Affirmed* by unpublished opinion per Bridgewater, C.J., concurred in by Seinfeld and Armstrong, JJ.


[No. 23699-1-II.    Division Two.    March 31, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. MIGUEL PEREZ, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 95-1-00311-7, James B. Sawyer II, J., entered August 31, 1998. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Seinfeld and Houghton, JJ.


[No. 23796-2-II.    Division Two.    March 31, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK JAMES O'BRIEN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 98-1-00576-6, Stephen M. Warning, J., entered September 22, 1998. *Affirmed* by unpublished opinion per Armstrong, A.C.J., concurred in by Morgan and Seinfeld, JJ.